122 A.3d 987

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BRANDON SEGAR, DEFENDANT–PETITIONER.

October 9, 2015.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration to permit defendant, through designated counsel, to raise and argue the issue of whether defendant's plea colloquy provided an adequate factual basis for the conviction of first degree robbery. Jurisdiction is not retained.